IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GAREY THOMAS, | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 23-0907 |
| | : | |
| M.D. SAEED BAZEL & | : | |
| NURSE VOLTZ | : | |

### ORDER

This 30th day of May, 2024, it is hereby **ORDERED** that Defendant M.D. Saeed Bazel's Motion to Dismiss, ECF 33, is **DENIED** for the reasons set forth in the accompanying memorandum.

It is further **ORDERED** that Plaintiff's Motion to Appoint Counsel, ECF 34, is **GRANTED** in part, to the extent that the Court will seek volunteer counsel by listing this case on its pro bono panel.

/s/ Gerald Austin McHugh
United States District Judge