**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GAREY THOMAS** | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL ACTION NO. 23-907** |
| | **:** | |
| **JAMIE SORBER,** *et al.* | **:** | |

**ORDER**

This 17th day of March, 2026, it is hereby **ORDERED** that Defendant Dr. Saeed Bazel's

Motion to Dismiss, ECF 66, is **GRANTED**.  Plaintiff Mr. Garey Thomas's Amended Complaint,

ECF 12, is **DISMISSED** as to Dr. Bazel with prejudice.

                                                             /s/ Gerald Austin McHugh
                                                            United States District Judge