**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GAREY THOMAS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 23-0907** |
| **v.** | : | |
| | : | |
| **VOLTZ, et al.** | : | |
| | : | |
| **Defendants** | : | |

**ORDER**

This 10th day of November, 2026, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 80, is **GRANTED.** The Clerk is requested to close this case for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge